**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

IN RE:

ROYAL WEST PROPERTIES, INC.,				CASE NO. 09-20334-RAM
							CHAPTER 7

	Debtor.
_____/


**CERTIFICATE OF NO RESPONSE AND REQUEST FOR ENTRY OF ORDER**

	The Movant, ERDL TAX LIEN INVESTMENTS LP filed a Motion for Relief From Stay Pursuant to 11 U.S.C. §362(d), R. Bankr. P. 4001 and Local Rule 4001-1(c) (the "Motion") on February 5, 2016 (ECF No. 1243). The Movant represents the following:

1.	The Motion and a proposed order were timely served on all applicable parties.

2.	The Motion contained the required Negative Notice bulletin.

3.	The deadline for response to the Motion was February 19, 2016.

4.	No objections to, or requests for hearing on, the Motion have been received, and as of February 26, 2016, a check of the electronic entries docketed in this case confirms that no objections to or requests for hearing on the Motion have been filed.

	Movant seeks the entry of the order.

Dated: February 26, 2016				MICHAEL A. KAUFMAN, P.A.
							*Attorney for Movant*

					By:	/s/Michael A. Kaufman
						Michael A. Kaufman, Esq.
						Florida Bar No.: 628042
						1615 Forum Place, Suite 3A
						West Palm Beach, Florida 33401
						Email: michael@mkaufmanpa.com
						Telephone: (561) 478-2878
						Facsimile: (561) 584-5555