

**ORDERED in the Southern District of Florida on February 26, 2016.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

IN RE:

ROYAL WEST PROPERTIES, INC.,                    CASE NO. 09-20334-RAM
                                                CHAPTER 7
        Debtor.
_____/

**ORDER GRANTING ERDL TAX LIEN INVESTMENTS LP'S MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. § 362(d) AND LOCAL RULE 4001-1(C)**

THIS MATTER came before the Court upon ERDL Tax Lien Investments LP's (the "Movant") Motion for Relief From Stay Pursuant to 11 U.S.C §362(d) and Local Rule 4001-1(C), (the "Motion"), (ECF No. 1243) The Court having reviewed said Motion, and being otherwise fully advised in the premises, it is

**ORDERED** that:

1. The Movant's Motion for Relief from Stay is GRANTED as it relates to the relief

Sought and the Movant can proceed pursuant to Florida Statute as it relates to the properties set forth on Exhibit "A" attached hereto.

2. The Tax Collector in the respective county for the addresses on Exhibit "A" is allowed to schedule all tax deed application and/or sale held by ERDL Tax Lien Investments LP, and to proceed pursuant to Florida Statute.

3. ERDL Tax Lien Investments LP is not subject to 11 U.S.C. §362 as it relates to the properties on Exhibit "A" and can proceed pursuant to Florida Statutes in order to protect its interest.

# # #

**SUBMITTED BY:**

**MICHAEL A. KAUFMAN, P.A.**
*Attorney for Movant*
Michael A. Kaufman, Esquire
Florida Bar Number: 0628042
1615 Forum Place, Suite 3A
West Palm Beach, Florida 33401
michael@mkaufmanpa.com – Email
561-478-2878 - Telephone
561-584-5555 - Facsimile

Michael A. Kaufman, Esq. is directed to serve a copy of this Order upon all interested parties.

| Date of auction | TDA Number | Tax Collector Key | Initial Face Amount | TDA Date | Owner | Approximate face with accrued | Address | City |
|---|---|---|---|---|---|---|---|---|
| 2015-10-31 | | | | | | | | |
| | D12001486 | 334323C2038730390 | 2,229.55 | 2012-07-31 | Elio A. Jarquin & Gloria M. Ayala J/T | 4,018.43 | 2010 CHIQUITA BLVD N | CAPE CORAL |
| | D12001501 | 184324C4057030230 | 2,244.28 | 2012-07-31 | Rodrigo A. Ledzema | 4,044.98 | 3923 NE 10TH AVE | CAPE CORAL |
| | D12001506 | 284323C2051170360 | 2,165.66 | 2012-07-31 | Manuel S. Zarate & Martha J. Zarate | 3,903.28 | 2912 NW 18TH AVE | CAPE CORAL |
| | D12001527 | 364323C2025260110 | 2,206.19 | 2012-07-31 | Roberto Diaz | 3,976.34 | 2107 NE 4TH PL | CAPE CORAL |
| | D12002334 | 284323C1051030190 | 2,341.93 | 2012-11-30 | Joel Esquijarosa | 3,972.99 | 2222 JACARANDA PKWY W | CAPE CORAL |
| | D12002339 | 264323C1028240050 | 2,403.53 | 2012-11-30 | Hugo Jaramillo | 4,077.51 | 2935 NW 5TH PL | CAPE CORAL |
| | D12002340 | 264323C3027920350 | 2,393.70 | 2012-11-30 | Fabio A. Guzman | 4,060.83 | 2806 NW 3RD AVE | CAPE CORAL |
| | D12002349 | 354323C2027510030 | 2,622.79 | 2012-11-30 | David Fernandez & Johana Fernandez | 4,449.46 | 230 KISMET PKWY W | CAPE CORAL |
| | D12002456 | 024527070004101 50 | 1,541.83 | 2012-11-30 | Wilson R. Ortiz & Gomez-Gtierrez, H/W | 2,615.66 | 1207 GRANT BLVD | LEHIGH ACRES |
| | D12002562 | 174423C1039370210 | 2,515.13 | 2012-12-31 | Leonard S Rodrigo Jaramillo | 4,201.69 | 2732 SW 2ND LN | CAPE CORAL |
| | D12002564 | 174423C3039290290 | 2,516.70 | 2012-12-31 | Adriana M. Forero, J/T Maria G Forero Cardozo & | 4,204.31 | 2627 SW 4TH TER | CAPE CORAL |
| | D12002571 | 284323C1051130320 | 1,899.83 | 2012-12-31 | Jose Alberto Larrauri Reyes | 3,173.79 | 2917 NW 20TH PL | CAPE CORAL |
| | D12002578 | 284323C4051420190 | 1,842.70 | 2012-12-31 | Jose Alberto Larrauri Reyes | 3,078.35 | 2525 NW 20TH PL | CAPE CORAL |
| | D12002580 | 284323C3051390560 | 1,842.50 | 2012-12-31 | Jose Alberto Larrauri Reyes | 3,078.01 | 2510 NW 18TH AVE | CAPE CORAL |
| | D13001145 | 184423C2053050380 | 2,289.07 | 2013-04-30 | Anna Maria Olivares & Blas E. Olivares, J/T | 3,602.95 | 104 SW 34TH PL | CAPE CORAL |

**EXHIBIT "A"**

| Assessed value 2014 | Unpaid taxes | Est additional fees | LTV |
|---|---|---|---|
| 5,640.00 | 886.36 | 250 | 91.40% |
| 6,016.00 | 907.59 | 250 | 86.48% |
| 6,016.00 | 866.06 | 250 | 83.43% |
| 5,170.00 | 885.68 | 250 | 98.88% |
| 6,016.00 | 581.77 | 250 | 79.87% |
| 6,016.00 | 599.94 | 250 | 81.91% |
| 6,016.00 | 595.13 | 250 | 81.55% |
| 5,640.00 | 851.87 | 250 | 98.43% |
| 2,585.00 | 176.00 | 250 | 117.67% |
| 5,922.00 | 623.92 | 250 | 85.71% |
| 5,922.00 | 620.51 | 250 | 85.69% |
| 6,016.00 | 616.68 | 250 | 67.16% |
| 6,016.00 | 587.74 | 250 | 65.09% |
| 6,016.00 | 587.74 | 250 | 65.09% |
| 9,964.00 | 745.60 | 250 | 46.15% |