**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

IN RE:

ROYAL WEST PROPERTIES, INC.,   CASE NO. 09-20334-RAM
                               CHAPTER 7

    Debtor.
_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the Order Granting ERDL Tax Lien Investments LP's Motion for Relief From Stay Pursuant to 11 U.S.C. §362(d), R. BANKR.P. 4001 and Local Rule 4001-1(c) (ECF No. 1246), was served by BK Attorney Services, LLC d/b/a certificateofservice.com on behalf of the undersigned via regular U.S. Mail to all parties as indicated on Exhibit "A" unless indicated otherwise on March 1, 2016.

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

    Dated this 1st day of March 2016

                                    **MICHAEL A. KAUFMAN P.A.**
                                    *Attorney for ERDL Tax Lien Investments, LP*
                                   1615 Forum Place,
                                   Suite 3A
                                   West Palm Beach, Florida 33401
                                   561-478-2878 Telephone
                                   561-584-5555 Facsimile

                    By:    /s/ *Michael A. Kaufman*_____
                              Michael A. Kaufman, Esq.
                              Florida Bar Number: 628042

## Service List

**Parties Notified Via ECF Service on February 29, 2016**

Maylene C. Abad, Esq. on behalf of Defendant American Express Travel Related Services Company, Inc.
may6995@aol.com, lawmayleneabadpa@gmail.com

Vincent F Alexander on behalf of Plaintiff Drew M. Dillworth, Trustee
vfa@kttlaw.com, lf@kttlaw.com

Silvio Amico, Esq on behalf of Creditor Daphny Chen
silvioam@bellsouth.net

Silvio Amico, Esq on behalf of Creditor Sandra Charter
silvioam@bellsouth.net

Brett M Amron, Esq. on behalf of Defendant Chevron USA, Inc.
bamron@bastamron.com,
mdesvergunat@bastamron.com,jmiranda@bastamron.com,dtimpone@bastamron.com

Brett M Amron, Esq. on behalf of Interested Party Ana Cantens
bamron@bastamron.com,
mdesvergunat@bastamron.com,jmiranda@bastamron.com,dtimpone@bastamron.com

Brett M Amron, Esq. on behalf of Interested Party Bernardo Cantens
bamron@bastamron.com,
mdesvergunat@bastamron.com,jmiranda@bastamron.com,dtimpone@bastamron.com

Brett M Amron, Esq. on behalf of Interested Party Gaston Cantens, Jr.
bamron@bastamron.com,
mdesvergunat@bastamron.com,jmiranda@bastamron.com,dtimpone@bastamron.com

Keith T Appleby on behalf of Defendant Fowler White Boggs, P.A.
kappleby@bankerlopez.com, lbecker@bankerlopez.com

Keith T Appleby on behalf of Defendant Mercedes-Benz Financial Services USA, LLC
kappleby@bankerlopez.com, lbecker@bankerlopez.com

Paul A Avron, Esq. on behalf of Defendant Exxon Mobil Corporation
pavron@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com;mday@bergersingerman.com

Richard Bec on behalf of Interested Party Bank of America, N.A.
, zsanchez@etlaw.com

William L Blagg, Esq on behalf of Creditor United States of America, Internal Revenue Service

william.l.blagg@irscounsel.treas.gov

Scott N Brown, Esq on behalf of Other Professional Tabas, Freedman, Soloff, Miller & Brown, P.A.
sbrown@bastamron.com, dtimpone@bastamron.com;hgerson@bastamron.com

Michael P Brundage, Esq. on behalf of Defendant Verizon Wireless Telecom, Inc.
michael.brundage@phelps.com,
april.hackelton@phelps.com;amanda.morgan@phelps.com;Christina.lewis@phelps.com

Rilyn A Carnahan, Esq. on behalf of Defendant Wright Express Corporation
rilyn.carnahan@gmlaw.com,
efileu1092@gmlaw.com;efileu1089@gmlaw.com;melissa.bird@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolzberg@gmlaw.com

Francis L. Carter, Esq. on behalf of Mediator Francis L. Carter
flc@katzbarron.com

Robert P. Charbonneau, Esq. on behalf of Defendant Sunstate Bank
rpc@ecccounsel.com,
nsocorro@ecclegal.com;bankruptcy@ecclegal.com;bankruptcy.ecc@ecf.courtdrive.com

Ileana Espinosa Christianson, Esq. on behalf of Defendant Joseph H. Morton
ileana.christianson@gray-robinson.com, jceide@gray-robinson.com;lnegron@gray-robinson.com;ileana.christianson@gray-robinson.com

Ileana Espinosa Christianson, Esq. on behalf of Defendant Marion M. House
ileana.christianson@gray-robinson.com, jceide@gray-robinson.com;lnegron@gray-robinson.com;ileana.christianson@gray-robinson.com

Ileana Espinosa Christianson, Esq. on behalf of Defendant Morgan L House
ileana.christianson@gray-robinson.com, jceide@gray-robinson.com;lnegron@gray-robinson.com;ileana.christianson@gray-robinson.com

Ileana Espinosa Christianson, Esq. on behalf of Defendant Neil M. Morton
ileana.christianson@gray-robinson.com, jceide@gray-robinson.com;lnegron@gray-robinson.com;ileana.christianson@gray-robinson.com

Ileana Espinosa Christianson, Esq. on behalf of Defendant Stacie Kaye Johnson
ileana.christianson@gray-robinson.com, jceide@gray-robinson.com;lnegron@gray-robinson.com;ileana.christianson@gray-robinson.com

Miguel M Cordano on behalf of Defendant Bank of America, N.A.
mc@lgplaw.com, lbr@lgplaw.com;hwl@lgplaw.com

Miguel M Cordano on behalf of Interested Party Bank of America, N.A.
mc@lgplaw.com, lbr@lgplaw.com;hwl@lgplaw.com

Carlos L De Zayas, Esq on behalf of Creditor Fernando Garcia-Chacon
cdz@lydeckerdiaz.com, jfalcon@lydeckerdiaz.com

Carlos L De Zayas, Esq on behalf of Creditor Zoila Margarita Pita-Hernandez
cdz@lydeckerdiaz.com, jfalcon@lydeckerdiaz.com

Mario R Delgado on behalf of Creditor Consolidated Real Estate Investment, LLC
mariordelgadopa@yahoo.com

Mario R Delgado on behalf of Creditor Rodriguez Properties, Inc.
mariordelgadopa@yahoo.com

Mario R Delgado on behalf of Creditor Nidia Rodriguez
mariordelgadopa@yahoo.com

Mario R Delgado on behalf of Creditor Raul Rodriguez
mariordelgadopa@yahoo.com

Mario R Delgado on behalf of Defendant Rodriguez Properties, Inc.
mariordelgadopa@yahoo.com

Mario R. Delgado, Esq. on behalf of Creditor Consolidated Real Estate Investment, LLC
mrdpa@hotmail.com

Mario R. Delgado, Esq. on behalf of Creditor Rodriguez Properties, Inc.
mrdpa@hotmail.com

Mario R. Delgado, Esq. on behalf of Creditor Nidia Rodriguez
mrdpa@hotmail.com

Mario R. Delgado, Esq. on behalf of Creditor Raul Rodriguez
mrdpa@hotmail.com

Mario R. Delgado, Esq. on behalf of Defendant Rodriguez Properties, Inc.
mrdpa@hotmail.com

Drew M Dillworth
ddillworth@swmwas.com, ddillworth@ecf.epiqsystems.com;marocha@stearnsweaver.com

Drew M Dillworth on behalf of Trustee Drew M Dillworth
ddillworth@stearnsweaver.com,
mfernandez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com

Drew M Dillworth on behalf of Trustee Drew M Dillworth
ddillworth@swmwas.com, ddillworth@ecf.epiqsystems.com;marocha@stearnsweaver.com

Stephen P. Drobny, Esq. on behalf of Defendant GEICO GENERAL INSURANCE COMPANY

sdrobny@shutts.com,
tsnow@joneswalker.com;jmaddox@joneswalker.com;rbruckmann@joneswalker.com

Luis A Espino on behalf of Creditor Bertha Morales
lespino@frvf-law.com

Luis A Espino on behalf of Creditor Jose Morales, Sr.
lespino@frvf-law.com

Luis A Espino on behalf of Creditor Sheena Morales
lespino@frvf-law.com

Angelica M Fiorentino on behalf of Defendant Chevron USA, Inc.
afiorentino@bakerdonelson.com, mdesvergunat@bastamron.com;jmiranda@bastamron.com

Luis A Fors, Esq on behalf of Creditor PML Enterprises, Inc.
forslaw@bellsouth.net, G21410@notifycincompass.com

Gary M Freedman, Esq on behalf of Debtor Royal West Properties, Inc.
gfreedman@tabasfreedman.com, jackie@tabasfreedman.com;lise@tabasfreedman.com

Stuart M. Gold, Esq. on behalf of Creditor Angel A Lazo, MD
sgold@swglawyers.com

Stuart M. Gold, Esq. on behalf of Creditor Delia R Lazo
sgold@swglawyers.com

Jordi Guso, Esq. on behalf of Creditor Sister Maria Cartaya
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Christopher D. Hale on behalf of Creditor Ana Lense Larrauri
chale@halepalaw.com

Andrew R Herron on behalf of Creditor EuroBank
aherron@herronortiz.com, ndrubin@herronortiz.com

Phillip M. Hudson III on behalf of Attorney Phillip M Hudson
pmhudson@arnstein.com,
mslopez@arnstein.com;hpiloto@arnstein.com;cofalla@arnstein.com;ccontreras-martinez@arnstein.com

Phillip M. Hudson III on behalf of Creditor RBI-2120 Real Estate, Inc.
pmhudson@arnstein.com,
mslopez@arnstein.com;hpiloto@arnstein.com;cofalla@arnstein.com;ccontreras-martinez@arnstein.com

Phillip M. Hudson III on behalf of Creditor Alicia Rodriguez

5

pmhudson@arnstein.com,
mslopez@arnstein.com;hpiloto@arnstein.com;cofalla@arnstein.com;ccontreras-martinez@arnstein.com

Phillip M. Hudson III on behalf of Creditor Antonio D & Doris D Fernandez
pmhudson@arnstein.com,
mslopez@arnstein.com;hpiloto@arnstein.com;cofalla@arnstein.com;ccontreras-martinez@arnstein.com

Phillip M. Hudson III on behalf of Creditor Eduardo Arango
pmhudson@arnstein.com,
mslopez@arnstein.com;hpiloto@arnstein.com;cofalla@arnstein.com;ccontreras-martinez@arnstein.com

Phillip M. Hudson III on behalf of Creditor Eduardo & Madeleine Arango
pmhudson@arnstein.com,
mslopez@arnstein.com;hpiloto@arnstein.com;cofalla@arnstein.com;ccontreras-martinez@arnstein.com

Phillip M. Hudson III on behalf of Creditor Jorge Gonzalez
pmhudson@arnstein.com,
mslopez@arnstein.com;hpiloto@arnstein.com;cofalla@arnstein.com;ccontreras-martinez@arnstein.com

Phillip M. Hudson III on behalf of Creditor Madeleine Arango
pmhudson@arnstein.com,
mslopez@arnstein.com;hpiloto@arnstein.com;cofalla@arnstein.com;ccontreras-martinez@arnstein.com

Phillip M. Hudson III on behalf of Creditor Manuel Rodriguez
pmhudson@arnstein.com,
mslopez@arnstein.com;hpiloto@arnstein.com;cofalla@arnstein.com;ccontreras-martinez@arnstein.com

Phillip M. Hudson III on behalf of Creditor Raquel Almansa
pmhudson@arnstein.com,
mslopez@arnstein.com;hpiloto@arnstein.com;cofalla@arnstein.com;ccontreras-martinez@arnstein.com

Phillip M. Hudson III on behalf of Defendant RBI-2120 Real Estate, Inc.
pmhudson@arnstein.com,
mslopez@arnstein.com;hpiloto@arnstein.com;cofalla@arnstein.com;ccontreras-martinez@arnstein.com

Phillip M. Hudson III on behalf of Defendant Manuel Rodriguez
pmhudson@arnstein.com,
mslopez@arnstein.com;hpiloto@arnstein.com;cofalla@arnstein.com;ccontreras-martinez@arnstein.com

Michael A Kaufman, Esq. on behalf of Interested Party ERDL Tax Lien Investments LP
michael@mkaufmanpa.com,
diamondmk@aol.com;kaufmanesq@gmail.com;kwatson@mkaufmanpa.com

Robert M Klein on behalf of Defendant Paul S. Martin & Associates, P.A.
kleinr@kgplp.com, montanem@kgplp.com;piersonj@kgplp.com

Gerard M Kouri Jr., Esq on behalf of Creditor Ford Motor Credit Company LLC
gmkouripaecf@gmail.com, gmkouri@bellsouth.net

Gerard M Kouri Jr., Esq on behalf of Defendant Volvo Finance North America, LLC
gmkouripaecf@gmail.com, gmkouri@bellsouth.net

Corali Lopez-Castro, Esq on behalf of Creditor Royal Trust Mortgage Company, Inc.
clc@kttlaw.com, rcp@kttlaw.com

Laudy Luna, Esq. on behalf of Defendant Bank of America, N.A.
ll@lgplaw.com, de@lgplaw.com

Laudy Luna, Esq. on behalf of Interested Party Bank of America, N.A.
ll@lgplaw.com, de@lgplaw.com

Nathan G Mancuso on behalf of Defendant Luis Maderal
ngm@mancuso-law.com

Mark A. Marder, Esq. on behalf of Creditor Fernandez Family Revocable Trust
mamarder@marderlaw.com, bvescovi@marderlaw.com

Mark A. Marder, Esq. on behalf of Creditor Concepcion Fernandez
mamarder@marderlaw.com, bvescovi@marderlaw.com

Mark A. Marder, Esq. on behalf of Creditor Jose Fernandez
mamarder@marderlaw.com, bvescovi@marderlaw.com

Frank F McGinn, Esq on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Robert C Meyer on behalf of Creditor Gerardo E Martinez
meyerrobertc@cs.com, rcmpapl@gmail.com;rcmeyer@gmail.com;assistantrcmpa@gmail.com

Robert C Meyer on behalf of Creditor Pedro L Guerra
meyerrobertc@cs.com, rcmpapl@gmail.com;rcmeyer@gmail.com;assistantrcmpa@gmail.com

James B Miller, Esq on behalf of Plaintiff Drew M. Dillworth as Trustee
bkcmiami@gmail.com

James B Miller, Esq on behalf of Trustee Drew M Dillworth

bkcmiami@gmail.com

Harold D Moorefield Jr. on behalf of Plaintiff Drew M. Dillworth
hmoorefield@stearnsweaver.com,
cgraver@stearnsweaver.com;bank@stearnsweaver.com;larrazola@stearnsweaver.com;rross@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com

Harold D Moorefield Jr. on behalf of Trustee Drew M Dillworth
hmoorefield@stearnsweaver.com,
cgraver@stearnsweaver.com;bank@stearnsweaver.com;larrazola@stearnsweaver.com;rross@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com

Roberto E Moran on behalf of Witness Javier Trujillo
rmoran@pinkertlaw.com

Kenneth D Murena on behalf of Petitioning Creditor Corita Corp.
kmurena@dvllp.com, jserna@dvllp.com;lfd@dvllp.com

Kenneth D Murena on behalf of Petitioning Creditor Fernando G. Barboza
kmurena@dvllp.com, jserna@dvllp.com;lfd@dvllp.com

Kenneth D Murena on behalf of Petitioning Creditor Juan C. Comella
kmurena@dvllp.com, jserna@dvllp.com;lfd@dvllp.com

Kenneth D Murena on behalf of Petitioning Creditor Luis M. Comella
kmurena@dvllp.com, jserna@dvllp.com;lfd@dvllp.com

Kenneth D Murena on behalf of Petitioning Creditor Nestor G. Barboza
kmurena@dvllp.com, jserna@dvllp.com;lfd@dvllp.com

Lawrence J Navarro on behalf of Creditor GCF of Miami, Inc.
lnavarro@lnavarropa.com

Lawrence J Navarro on behalf of Creditor Jose M Garcia Keogh Profit Sharing Plan
lnavarro@lnavarropa.com

Lawrence J Navarro on behalf of Creditor Beatriz Clossick
lnavarro@lnavarropa.com

Lawrence J Navarro on behalf of Creditor Farides Garcia
lnavarro@lnavarropa.com

Lawrence J Navarro on behalf of Creditor James Clossick
lnavarro@lnavarropa.com

Lawrence J Navarro on behalf of Creditor Jose M Garcia
lnavarro@lnavarropa.com

Lawrence J Navarro on behalf of Defendant Coral Gulf II, LLC
lnavarro@lnavarropa.com

Louis K. Nicholas II, Esq. on behalf of Creditor Ocean Bank
lnicholas@oceanbank.com, mguerra@oceanbank.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Aileen Ortega on behalf of Defendant Cambridge Title & Closing Services, Inc.
aileen@lolaw.net

Kristopher E Pearson on behalf of Defendant City of Cape Coral
kpearson@stearnsweaver.com,
mmasvidal@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;larrazola@stearnsweaver.com;cgraver@stearnsweaver.com

Kristopher E Pearson on behalf of Plaintiff Drew Dillworth
kpearson@stearnsweaver.com,
mmasvidal@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;larrazola@stearnsweaver.com;cgraver@stearnsweaver.com

Kristopher E Pearson on behalf of Plaintiff Drew M. Dillworth
kpearson@stearnsweaver.com,
mmasvidal@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;larrazola@stearnsweaver.com;cgraver@stearnsweaver.com

Kristopher E Pearson on behalf of Plaintiff Drew M. Dillworth, Trustee
kpearson@stearnsweaver.com,
mmasvidal@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;larrazola@stearnsweaver.com;cgraver@stearnsweaver.com

Kristopher E Pearson on behalf of Trustee Drew M Dillworth
kpearson@stearnsweaver.com,
mmasvidal@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;larrazola@stearnsweaver.com;cgraver@stearnsweaver.com

Claudio Riedi on behalf of Creditor Amanda Ros
criedi@tewlaw.com

Claudio Riedi on behalf of Creditor Enrique Ros
criedi@tewlaw.com

Luis E Rivera II, Esq on behalf of Defendant Lee County Electric Cooperative, Inc.
luis.rivera@henlaw.com

Raymond L Robin on behalf of Defendant Pavese Haverfield Dalton Harrison & Jensen, LLP
raymond.robin@kellerlandsberg.com, heather.mcdonald@kellerlandsberg.com

Robert W Rodriguez on behalf of Creditor Mariana A. Roa
robertwrodriguez@gmail.com, adamfernandez222@gmail.com;tonyramos313@gmail.com

Vivian N Rodriguez, Esq on behalf of Creditor United States of America, Internal Revenue Service
vivian.n.rodriguez@irscounsel.treas.gov

Jeffrey C. Roth, Esq on behalf of Defendant Fifth Third Insurance Agency, Inc.
jeff@rothandscholl.com, christine@rothandscholl.com

David Samole, Esq on behalf of Plaintiff Drew M. Dillworth, Trustee
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Trustee Drew M Dillworth
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

John C. Shawde, Esq. on behalf of Creditor Estela Rasco
jshawde@shawde-eaton.com, jeaton@shawde-eaton.com,sramirez@shawde-eaton.com

John C. Shawde, Esq. on behalf of Creditor Jose G Alberni
jshawde@shawde-eaton.com, jeaton@shawde-eaton.com,sramirez@shawde-eaton.com

John C. Shawde, Esq. on behalf of Creditor Jose Ignacio Rasco
jshawde@shawde-eaton.com, jeaton@shawde-eaton.com,sramirez@shawde-eaton.com

John C. Shawde, Esq. on behalf of Creditor Juan & Elsa Casas
jshawde@shawde-eaton.com, jeaton@shawde-eaton.com,sramirez@shawde-eaton.com

John C. Shawde, Esq. on behalf of Creditor Juan Carlos Rasco
jshawde@shawde-eaton.com, jeaton@shawde-eaton.com,sramirez@shawde-eaton.com

John C. Shawde, Esq. on behalf of Creditor Mario & Alicia R. Gonzalez
jshawde@shawde-eaton.com, jeaton@shawde-eaton.com,sramirez@shawde-eaton.com

John C. Shawde, Esq. on behalf of Creditor Omar & Graciela Torres
jshawde@shawde-eaton.com, jeaton@shawde-eaton.com,sramirez@shawde-eaton.com

Peter D Spindel on behalf of Creditor Jaime Gross, Trustee
peterspindel@gmail.com, peterspindelcmecf@gmail.com

Joel L Tabas, Esq on behalf of Defendant Kevin F. Jursinski, P.A.
jtabas@tabasfreedman.com, jcepero@tabasfreedman.com;kborrego@tabasfreedman.com

Joel L Tabas, Esq on behalf of Defendant Pavese Haverfield Dalton Harrison & Jensen, LLP

jtabas@tabasfreedman.com, jcepero@tabasfreedman.com;kborrego@tabasfreedman.com

Joel L Tabas, Esq on behalf of Defendant Southwest Florida Anesthesia Group, Inc.
jtabas@tabasfreedman.com, jcepero@tabasfreedman.com;kborrego@tabasfreedman.com

Peter F. Valori on behalf of Interested Party Damian & Valori LLP
pvalori@dvllp.com, spitta@dvllp.com

Peter F. Valori on behalf of Petitioning Creditor Corita Corp.
pvalori@dvllp.com, spitta@dvllp.com

Bruce A. Weihe on behalf of Defendant Sheehan Buick Pontiac GMC, Inc.
bweihe@sszrlaw.com

# EXHIBIT "A"

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: Royal West Properties Inc. | CASE NO: 09-20334-RAM |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 3/1/2016, I did cause a copy of the following documents, described below,

Order Granting ERDL Tax Lien Investments LP's Motion for Relief From Stay Pursuant to 11 U.S.C. Section 362(d) and Local Rule 4001-(C),

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 3/1/2016

/s/ Michael A. Kaufman
Michael A. Kaufman  628042
Michael A. Kaufman P.A.
1615 Forum Place Suite 3A
West Palm Beach, FL  33401
561 478 2878
kwatson@mkaufmanpa.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:  Royal West Properties Inc. | CASE NO: 09-20334-RAM |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 3/1/2016, a copy of the following documents, described below,

Order Granting ERDL Tax Lien Investments LP's Motion for Relief From Stay Pursuant to 11 U.S.C. Section 362(d) and Local Rule 4001-(C),

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/1/2016

/s/ Jay S. Jump
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Michael A. Kaufman P.A.
Michael A. Kaufman
1615 Forum Place Suite 3A
West Palm Beach, FL  33401

```
PARTIES DESIGNATED AS "EXPEDITED NOTICE LIST" AND VENDORS FIRST
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM


ROYAL WEST PROPERTIES INC.            ROYAL WEST PROPERTIES INC.            OFFICE OF THE U.S. TRUSTEE
C/O GASTON CANTENS PRESIDENT          C/O GARY M. FREEDMAN ESQ              C/O STEVEN D SCHNEIDERMAN
11890 SW 8 ST #502                    14 NE 1 AVE PH                        OFFICE OF THE US TRUSTEE
MIAMI FL 33184                        MIAMI FL 33132                        51 SW 1 AVE #1204
                                                                            MIAMI FL 33130


DREW M. DILLWORTH TRUSTEE             ELIO A. JARQUIN & GLORIA M. AYALA OR  ELIO A. JARQUIN & GLORIA M. AYALA
2200 MUSEUM TOWER                     CURRENT RESIDENT                      1544 5TH ST
150 WEST FLAGLER ST                   2010 CHIQUITA BOULEVARD NORTH         KEY WEST FL 33040
MIAMI FL 33130                        CAPE CORAL FL 33993


RODRIGO A. LEDZEMA OR                 RODRIGO A. LEDEZMA                    MANUEL S. ZARATE & MARTHA J. ZARATE
CURRENT RESIDENT                      4254 SW 50TH ST                       AND/OR
3923 NE 10TH AVE                      FT LAUDERDALE FL 33314                CURRENT RESIDENT
CAPE CORAL FL 33909                                                         2912 NW 18TH AVE
                                                                            CAPE CORAL FL 33993


MANUEL S. ZARATE & MARTHA J. ZARATE   ROBERTO DIAZ OR                       ROBERTO DIAZ
9339 SW 219TH ST                      CURRENT RESIDENT                      7450 SW 72ND CT
MIAMI FL 33190                        2107 NE 4TH PL                        MIAMI FL 33143
                                      CAPE CORAL FL 33909


JOEL ESQUIJAROSA OR                   JOEL ESQUIJAROSA                      HUGO JAMARILLO OR
CURRENT RESIDENT                      1720 NW 18TH AVE                      CURRENT RESIDENT
2222 JACARANDA PKWY W                 MIAMI FL 33125                        2935 NW 5TH PL
CAPE CORAL FL 33993                                                         CAPE CORAL FL 33993


  INTERNATIONAL
HUGO JAMARILLO                        FABIO A. GUZMAN OR                    FABIO A. GUZMAN
OLMEDO 1230 Y MERCADILLO              CURRENT RESIDENT                      5590 LAKE SIDE DR #104
LOJA                                  2806 NW 3RD AVE                       MARGATE FL 33063
ECUADOR                               CAPE CORAL FL 33993


DAVID FERNANDEZ & JOHANA FERNANDEZ OR DAVID FERNANDEZ & JOHANA FERNANDEZ    WILSON R. ORTIZ & GOMEZ-GTIERREZ OR
CURRENT RESIDENT                      18942 NW 57TH AVE #102                CURRENT RESIDENT
230 KISMET PKWY W                     HIALEAH FL 33015                      1207 GRANT BLVD
CAPE CORAL FL 33993                                                         LEHIGH ACRES FL 33974


                                                                              INTERNATIONAL
WILSON R. ORTIZ & GOMEZ-GTIERREZ      LEONARD S RODRIGO JARAMILLO OR        LEONARD S RODRIGO JARAMILLO
7051 HOLLOWELL DR                     CURRENT RESIDENT                      OLMEDO 1230 Y MERCADILLO
TAMPA FL 33634                        2732 SW 2ND LN                        LOJA
                                      CAPE CORAL FL 33991                   ECUADOR


                                        INTERNATIONAL
MARIA G FORERO CARDOZO &              MARIA G FORERO CARDOZO &              JOSE ALBERTO LARRAURI REYES OR
ADRIANA M. FORERO                     ADRIANA M. FORERO                     CURRENT RESIDENT
CURRENT RESIDENT                      CARRERA 19-A NO 159-70                2917 NW 20TH PL
2627 SW 4TH TER                       INT 4A APT 503                        CAPE CORAL FL 33993
CAPE CORAL FL 33991                   BOGOTA
                                      COLOMBIA
```

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| *INTERNATIONAL*<br>JOSE ALBERTO LARRAURI REYES<br>AVE ESPANA #PH 148<br>SANTA ELENA NORTE<br>BARQUISIMETO<br>VENEZUELA | JOSE ALBERTO LARRAURI REYES OR<br>CURRENT RESIDENT<br>2525 NW 20TH PL<br>CAPE CORAL FL 33993 | *INTERNATIONAL*<br>JOSE ALBERTO LARRAURI REYES<br>AVE ESPANA #PH 148<br>SANTA ELENA NORTE<br>BARQUISIMETO<br>VENEZUELA |
| JOSE ALBERTO LARRAURI REYES OR<br>CURRENT RESIDENT<br>2510 NW 18TH AVE<br>CAPE CORAL FL 33993 | ANNA MARIA OLIVARES & BLAS E. OLIVARES<br>OR<br>CURRENT RESIDENT<br>104 SW 34TH PL<br>CAPE CORAL FL 33991 | ANNA MARIA OLIVARES & BLAS E. OLIVARES<br>601 NW 109TH AVE. UNIT 1<br>MIAMI FL 33172 |