

## NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Nestor Guillermo Barboza & Matilde Ramona Munoz ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds/claim(s).

The Assigned funds/claim(s):

Debtor: Royal West Properties, Inc.
Court: United States Bankruptcy Court - Southern District of Florida
Case Number: 09-20334-RAM
Chapter: 7
Claim: 380
Original Creditor: Nestor G. Barboza & Matilde De Barboza
Purchase Price: $ ▬▬▬▬

FUNDS/CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Monday, April 13, 2020.

Nestor Guillermo Barboza

_____
Signature

Matilde Ramona Munoz

_____
Signature